UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BERNARD STEPPE )  2:08-CV-01586-GEB-KJM
 )
        Plaintiff, )  <u>ORDER</u>
 )
  v. )
 )
CALIFORNIA INSURANCE )
COMMISSIONER, )
 )
        Defendant. )
_____)

      On July 10, 2008, Plaintiff filed a Complaint in which is included a request for a temporary restraining order ("TRO"). Plaintiff's request for a TRO is denied.

      IT IS SO ORDERED.

Dated:  October 1, 2008

                                             GARLAND E. BURRELL, JR.
                                             United States District Judge